**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: WEST CAPITAL, LLC. § Case No. 18-34702-KCF
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Barry W. Frost, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $22,614.85 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,269.12 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,449.11 | | |

3) Total gross receipts of $4,718.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,718.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $83,544.21 | $190,593.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,449.11 | $1,449.11 | $1,449.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $21,395.31 | $21,395.31 | $3,269.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $311,084.12 | $37,652.51 | $37,652.51 | $0.00 |
| **TOTAL DISBURSEMENTS** | $394,628.33 | $251,090.18 | $60,496.93 | $4,718.23 |

4) This case was originally filed under chapter 7 on 12/18/2018. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2021     By: /s/ Barry W. Frost
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Claim | 1249-000 | $4,718.23 |
| **TOTAL GROSS RECEIPTS** | | **$4,718.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Automotive Finance Corporation | 4210-000 | $74,571.00 | $72,209.74 | $0.00 | $0.00 |
| 6 | Next Gear Capital LLC | 4210-000 | NA | $118,383.51 | $0.00 | $0.00 |
| N/F | RBAC | 4110-000 | $8,973.21 | NA | NA | NA |
| | **TOTAL SECURED** | | **$83,544.21** | **$190,593.25** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry W. Frost | 2100-000 | NA | $1,179.56 | $1,179.56 | $1,179.56 |
| Trustee, Expenses - Barry W. Frost | 2200-000 | NA | $2.25 | $2.25 | $2.25 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $7.30 | $7.30 | $7.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,449.11** | **$1,449.11** | **$1,449.11** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | State of New Jersey Department of Treasury Division of Taxation | 5800-000 | NA | $21,395.31 | $21,395.31 | $3,269.12 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$21,395.31** | **$21,395.31** | **$3,269.12** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. Small Business Lending Division | 7100-000 | $9,767.87 | $10,253.94 | $10,253.94 | $0.00 |
| 2 | Wells Fargo Bank, N.A. Small Business Lending Division | 7100-000 | $19,791.06 | $19,810.25 | $19,810.25 | $0.00 |
| 4 | Christopher Ganns | 7100-000 | $13,700.00 | $12.60 | $12.60 | $0.00 |
| 5U | State of New Jersey Department of Treasury Division of Taxation | 7100-000 | NA | $1,375.72 | $1,375.72 | $0.00 |
| 7 | I & B Business Corp | 7100-000 | $6,000.00 | $6,200.00 | $6,200.00 | $0.00 |
| N/F | Auto Finance Corporation | 7100-000 | $72,154.24 | NA | NA | NA |
| N/F | Blue Vine | 7100-000 | $21,900.72 | NA | NA | NA |
| N/F | Costanza Auctioneers Group | 7100-000 | $21,575.99 | NA | NA | NA |
| N/F | Credit Acceptance Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dealer Center | 7100-000 | $1,325.14 | NA | NA | NA |
| N/F | Desmond Askew | 7100-000 | $9,500.00 | NA | NA | NA |
| N/F | Jersey Shore Auto Sales | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nextgear Capital | 7100-000 | $114,252.10 | NA | NA | NA |
| N/F | Ready Transport | 7100-000 | $5,817.00 | NA | NA | NA |
| N/F | Salty Dog Publications | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Schor Trading, LLC. | 7100-000 | $12,800.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | United Auto Credit Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Westlake Financial Services | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$311,084.12** | **$37,652.51** | **$37,652.51** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-34702-KCF | Trustee Name: | (500720) Barry W. Frost |
| --- | --- | --- | --- |
| Case Name: | WEST CAPITAL, LLC. | Date Filed (f) or Converted (c): | 12/18/2018 (f) |
| | | § 341(a) Meeting Date: | 01/16/2019 |
| For Period Ending: | 08/05/2021 | Claims Bar Date: | 09/23/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash on hand | 400.00 | 400.00 | | 0.00 | FA |
| 2 | Checking Account Account at Wells Fargo, xxxxxx1761 | 110.65 | 110.65 | | 0.00 | FA |
| 3 | Savings Account Account at Wells Fargo, xxxxxx2505 | 21.20 | 21.20 | | 0.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $21,083.00. Doubtful/Uncollectible accounts = $0.00. | 21,083.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Office Furniture. Valuation Method: Comparable sale | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Miscellaneous computer equipment. | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Insurance Claim (u) | 0.00 | 0.00 | | 4,718.23 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$22,614.85** | **$1,531.85** | | **$4,718.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

 3/21-Motion to Reopen, hearing scheduled 4/6/21
 2/21-Funds received from Geico
 12/19-NDR filed; Final Decree entered 1/6/20
 10/2019-prompt determination letter received from IRS
 8/2019 awaiting report from accountant
 4/2019-Attorney and Accountant retained

**Initial Projected Date Of Final Report (TFR):**  04/30/2021      **Current Projected Date Of Final Report (TFR):**  04/09/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case No.:** 18-34702-KCF | **Trustee Name:** | Barry W. Frost (500720) |
| **Case Name:** WEST CAPITAL, LLC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***7364 | **Account #:** | ******2563 Checking |
| **For Period Ending:** 08/05/2021 | **Blanket Bond (per case limit):** | $28,672,304.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/26/21 | {7} | Geico Indemnity Co | Loss Payment - ERS Collision | 1249-000 | 4,718.23 | | 4,718.23 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.30 | 4,710.93 |
| 06/28/21 | 101 | U.S. Bankruptcy Court Clerk of the Court | Distribution payment - Dividend paid at 100.00% of $260.00; Claim # CLERK; Filed: $260.00 | 2700-000 | | 260.00 | 4,450.93 |
| 06/28/21 | 102 | Barry W. Frost | Combined trustee compensation & expense dividend payments. | | | 1,181.81 | 3,269.12 |
| | | Barry W. Frost | Claims Distribution - Thu, 04-08-2021  $1,179.56 | 2100-000 | | | |
| | | Barry W. Frost | Claims Distribution - Thu, 04-08-2021  $2.25 | 2200-000 | | | |
| 06/28/21 | 103 | State of New Jersey Department of Treasury Division of Taxation | Distribution payment - Dividend paid at 15.28% of $21,395.31; Claim # 5P; Filed: $21,395.31 | 5800-000 | | 3,269.12 | 0.00 |
| | | **COLUMN TOTALS** | | | 4,718.23 | 4,718.23 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 4,718.23 | 4,718.23 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $4,718.23 | $4,718.23 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-34702-KCF | **Trustee Name:** | Barry W. Frost (500720) |
| **Case Name:** | WEST CAPITAL, LLC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7364 | **Account #:** | ******2563 Checking |
| **For Period Ending:** 08/05/2021 | | **Blanket Bond (per case limit):** | $28,672,304.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2563 Checking | $4,718.23 | $4,718.23 | $0.00 |
| | $4,718.23 | $4,718.23 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)